UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN YATES, | ) |
| | ) |
| Plaintiff *pro se*, | ) |
| | ) |
| v. | ) Civil Action No. 07-1549 (RMU) |
| | ) |
| STEPHEN G. BREYER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the complaint, the Defendants are Stephen G. Breyer, Associate Justice of the United States Supreme Court, William K. Suter, Clerk of the United States Supreme Court, and Erik Fossum, an employee of the United States Supreme Court.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed, postage pre-paid, to Dan Yates, Plaintiff *pro se*, on this 9th day of November, 2007, to the following address:

Dan Yates
P.O. Box 731
Parker, CO 80134

\_\_\_/s/_____
JUDITH A. KIDWELL
Assistant U.S. Attorney