UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **DAN YATES,** | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1549 (RMU) |
| | ) | |
| **STEPHEN G. BREYER,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT
### OF TIME TO FILE ANSWER OR OTHER RESPONSE

Defendants,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including November 27, 2007, within which to file their answer or other response to the complaint filed herein. Defendants' answer or other response is now due on November 19, 2007.

This is Defendants' first request for an enlargement of time for this purpose. Defendant's counsel contacted Plaintiff *pro se*, Dan Yates, on November 14, 2007, to obtain his position as to the relief requested and left him a message. As of this filing, Defendant's counsel has not received a response from Plaintiff.

There is good cause for this motion. This action appears to involve an attempt to appeal a decision by the Supreme Court of Colorado to the Supreme Court of the United States. However, additional time is needed by Defendants' counsel to obtain information concerning that appeal and the allegations set forth in the complaint.

---

[1] According to the complaint, the Defendants are Stephen G. Breyer, Associate Justice of the Supreme Court of the United States, William K. Suter, Clerk of the Supreme Court of the United States, and Erik Fossum, an employee of the Supreme Court of the United States.

Accordingly, Defendants are requesting an extension of time to and including November 27, 2007, to file their answer or other response to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted. A proposed order is included with this motion.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        JUDITH A. KIDWELL
        Assistant United States Attorney
        555 Fourth Street, N.W.- Civil Division
        Room E4905
        Washington, D.C. 20530
        (202) 514-7250

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed, postage pre-paid, to Dan Yates, Plaintiff *pro se*, on this 14th day of November, 2007, to the following address:

Dan Yates
P.O. Box 731
Parker, CO 80134

            ___/s/_____
            JUDITH A. KIDWELL
            Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAN YATES,** | ) |
|  | ) |
| Plaintiff *pro se*, | ) |
|  | ) |
| v. | ) Civil Action No.: 07-1549 (RMU) |
|  | ) |
| **STEPHEN G. BREYER,** *et al.*, | ) |
|  | ) |
| **Defendants.** | ) |
| _____ | ) |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file an answer or other response to the complaint herein, any Opposition thereto, and the entire record herein, it is this _____ day of November, 2007,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Defendants shall have until and including November 27, 2007, to file their answer or other response to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE