## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities in Support, Declaration of Scott S. Harris, and proposed Order were mailed, postage pre-paid, to Dan Yates, Plaintiff *pro se*, on this 27th day of November, 2007, to the following address:

Dan Yates
P.O. Box 731
Parker, CO 80134

                                                ___/s/_____
                                                JUDITH A. KIDWELL
                                                Assistant U.S. Attorney