IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 07-1549 (RMU)

**DAN YATES**, *an individual,*
   Plaintiff,

v.

**STEPHEN G. BREYER**, *in his individual and official capacity as Circuit Justice for the 10th Circuit in the United States Supreme Court,*

**WILLIAM K. SUTER**, *in his individual and official capacity as the Clerk of the United States Supreme Court,*

**ERIK FOSSUM,** *in his individual and official capacity as an Employee of the United States Supreme Court,*
   Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

---

**COMES NOW** Plaintiff, Dan Yates, and submits his Unopposed Motion to Extend Time to Respond to Defendants' Motion to Dismiss, stating as follows:

1. The Plaintiff has conferred with Defense counsel regarding his Motion. Defense counsel does not oppose the relief requested herein.

2. On November 27, 2007, Defendants filed their Motion to Dismiss.

3. The Plaintiff's Response is currently due on or before Thursday, December 20, 2007.

4. The Plaintiff is entitled to secure representation in this matter.

5. The Plaintiff has recently been in contact with an attorney regarding representation in this case.

6. The attorney is currently reviewing the Plaintiff's extensive and complex file and has not yet made a determination regarding representation.

RECEIVED
DEC 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

7. The attorney is not currently admitted to practice in the United States District Court for the District of Colorado and will be required to seek admission if she agrees to represent the Plaintiff in this matter. This process will likely take a significant amount of time.

8. The Plaintiff is entitled to representation by counsel of his choice. *See United States v. Gonzales-Lopez*, 548 U.S. ___; 126 S. Ct. 2557; 165 L. Ed. 409 (2006).

9. If the attorney agrees to represent the Plaintiff, she will not be admitted to practice before this Court by December 20, 2007.

10. For good cause shown, this Court may extend the time for the Plaintiff to respond to Defendants' Motion to Dismiss.

11. For the reasons set-forth herein, the Plaintiff requests a 90-day extension, up to and including March 20, 2008, to file his Response to Defendant's Motion to Dismiss.

12. No Defendant will be prejudiced by this extension, as no Defendant opposes this Motion.

13. The Plaintiff is not requesting an extension of time for purposes of harassment or delay.

**WHEREFORE,** in an attempt to secure counsel, the Plaintiff requests a 90-day extension to file his Opening Brief, up to and including March 20, 2008.

Respectfully submitted this 18th day of December, 2007 by:

_____
Dan Yates/Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing: **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** was filed via Overnight, U.S. Mail this 18th day of December, 2007 and addressed to the following:

Clerk
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Judith A. Kidwell, Esq.
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW, Rm. 4818
Washington, DC 20530
*Attorney for Defendants Breyer, Suter and Fossum*

_____
Dan Yates