Dan Yates
P.O. Box 630706
Highlands Ranch, CO 80163
303.840.0718 (ph)
dan.yates@comcast.net
*Pro Se* Plaintiff

RECEIVED

MAR 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DAN YATES**, *an individual*,

    Plaintiff,

v.

**STEPHEN G. BREYER,** *in his individual and official capacity as Circuit Justice for the 10th Circuit in the United States Supreme Court,*
**WILLIAM K. SUTER,** *in his individual and official capacity as the Clerk of the United States Supreme Court,*
**ERIK FOSSUM,** *in his individual and official capacity as an employee of the United States Supreme Court,*

    Defendants.

---

### PLAINTIFF DAN YATES' NOTICE OF VOLUNTARY DISMISSAL

---

TO:   DEFENDANT STEPHEN G. BREYER
       WILLIAM K. SUTER
       ERIK FOSSUM

    **TAKE NOTICE** that Dan Yates, plaintiff, dismisses this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated this 17th Day of March, 2008, by:

*[signature]*

Dan Yates
P.O. Box 630706
Highlands Ranch, CO 80163
303.840.1718 (ph)

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document: **PLAINTIFF DAN YATES' NOTICE OF VOLUNTARY DISMISSAL**, was filed via First Class U.S. Mail, postage pre-paid, addressed to the following at their respective addresses on this 17th day March, 2008:

United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington D.C., 20001

Stephen G. Breyer
Supreme Court of the United States
Washington, D.C. 20543 – 0001

William K. Suter
Supreme Court of the United States
Washington, D.C. 20543 - 0001

Erik Fossum
Supreme Court of the United States
Washington, D.C. 20543 – 0001

Judith A. Kidwell, Esq.
U.S. ATTORNEY'S OFFICE
555 Fourth Street, N.W., Rm. 4818
Washington D.C. 20530